**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Steven Marc TANNENBAUM, Respondent.**

**No. 483 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Jan. 22, 1999.

*ORDER*

PER CURIAM:

AND NOW, this 22nd day of January, 1999, upon consideration of the Report and Recommendations of the Disciplinary Board dated December 1, 1998, it is hereby

ORDERED that STEVEN MARC TANNENBAUM be and he is SUSPEND-ED from the Bar of this Commonwealth for a period of three (3) years, and he shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.